1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT
9
## DISTRICT OF NEVADA
10
11   UNITED STATES OF AMERICA,
12        Plaintiff,                              Case No. 2:09-cr-00114-KJD-GWF
13   v.                                           **ORDER**
14   JERMAINE SMITH,
15        Defendant.
16
17        Before the Court for consideration is the Findings and Recommendations (#26) of Magistrate

18   Judge George W. Foley, Jr. entered August 14, 2009, recommending that Defendant's Motion to

19   Suppress Evidence for Fourth Amendment Violation (#19) be denied.  Objections (#29) to the

20   Magistrate Judge's Findings and Recommendations were timely filed by Defendant JERMAINE

21   SMITH pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District

22   Court of the District of Nevada.  The Government filed a response in opposition (#30) to the

23   objections to which Defendant replied (#31).  The Court has also considered the Government's

24   Surreply (#32) and Defendant's Notice of Supplementary Authority (#33).

25        The Court has conducted a *de novo* review of the record in this case in accordance with 28

26   U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Findings and Recommendations

(#26) of the United States Magistrate Judge entered August 14, 2009, should be **ADOPTED** and **AFFIRMED.**  Defendant's objections were timely filed.  The Magistrate Judge correctly concluded that Defendant's flight was an intervening event which purged the taint of the allegedly unlawful seizure.

IT IS THEREFORE ORDERED that the Magistrate Judge's Findings and Recommendations (#26) entered August 14, 2009, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress Evidence for Fourth Amendment Violation (#19) is **DENIED**.

DATED this 14th day of September 2009.

_____
Kent J. Dawson
United States District Judge